1
2
3
4
5
6                          **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                    )
                                                  )
9                          Plaintiff,             )
                                                  )
10              v.                                )
                                                  )           2:02-CR-326-JCM (LRL)
11   JOHN J. AMOROSI, a.k.a "Sloanman";           )
     WOLF BACHENOR, a.k.a. Walter Bachenor        )
12        a.k.a. "Drinfotheif", "DrinfoTHV", and  )
          "Doctor";                               )
13   DAVID BRANDT, a.k.a. "Bocephus";             )
     ALEXANDER CASTANEDA, a.k.a. "Prentice")
14        and "Alex";                             )
     JACOB PAUL CLAPPTON, a.k.a "Axxess";         )
15   LUKASZ DOUPAL, a.k.a. "Luk@s";               )
     JONATHAN DOW, a.k.a. "Demon Furby";          )
16   JORGE GARCIA, JR., a.k.a. "LH", and)
          "Lordhacker";                           )
17   BRYAN RAY HARSHMAN, a.k.a. "Carrier";        )
     MARK KONARSKE, a.k.a. "Markus", and)
18        "Markruss";                             )
     TIMOTHY LASTORIA, a.k.a. "Waldorf";          )
19   DAVID LOWE, a.k.a. "Dragon";                 )
     CHRISTOPHER MASTRANGELO, a.k.a.)
20        "Floyd";                                )
     MICHAEL MEACHAM, a.k.a. "Dvorak";            )
21   SUZANNE PEACE, a.k.a. "Peaces";              )
     LINDLE ROMERO, a.k.a."Rahman";               )
22   ELISA SARINO, a.k.a. "Elisa" and "ElisaEGO"; )
     JEFFREY SASSER, a.k.a. "Inferno", and)
23        "Inferno00";                            )
     PETER M. SEMADENI, a.k.a. "Davinci", and)
24        "Rev. Wolf",                            )
     DEAN WUESTENBERG, a.k.a. "Xochi"; and        )
25   JOSEPH YANO, a.k.a. "Jozef";                 )
                                                  )
26   _____ Defendants.         )

# FINAL ORDER OF FORFEITURE

On February 9, 2005, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant JOHN J. AMOROSI a.k.a. "Sloanman" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JOHN J. AMOROSI a.k.a. "Sloanman" pled guilty. #324.

On July 15, 2005, the United States District Court for the District of Nevada signed a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant JACOB PAUL CLAPPTON a.k.a. "Axxess" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JACOB PAUL CLAPPTON a.k.a. "Axxess" pled guilty. #340.

On February 20, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant LINDLE ROMERO a.k.a. "Rahman" to a criminal offense, forfeiting specific property alleged in the Criminal Information and shown by the United States to have a requisite nexus to the offense to which defendant LINDLE ROMERO a.k.a. "Rahman" pled guilty. #423.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant DAVID BRANDT a.k.a. "Bocephus" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DAVID BRANDT a.k.a. "Bocephus" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant ALEXANDER CASTENEDA a.k.a. "Prentice" and "Alex" to a

criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ALEXANDER CASTENEDA a.k.a. "Prentice" and "Alex" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant JONATHAN DOW a.k.a. "Demon Furby" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JONATHAN DOW a.k.a "Demon Furby" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant JORGE GARCIA JR. a.k.a. "LH" and "Lordhacker" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JORGE GARCIA JR. a.k.a. "LH" and "Lordhacker" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant TIMOTHY LASTORIA a.k.a. "Waldorf" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant TIMOTHY LASTORIA a.k.a "Waldorf" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant DAVID LOWE a.k.a "Dragon" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DAVID LOWE a.k.a. "Dragon" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant CHRISTOPHER MASTRANGELO a.k.a. "Floyd" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant CHRISTOPHER MASTRANGELO a.k.a. "Floyd" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant SUZANNE PEACE a.k.a. "Peaces" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant SUZANNE PEACE a.k.a. "Peaces" pled guilty. #437.

On May 11, 2007, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b), based upon the plea of guilty by defendant ELISA SARINO a.k.a. "Elisa" and "ElisaEGO" to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ELISA SARINO a.k.a. "Elisa" and "ElisaEGO" pled guilty. #437.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on June 4, 2007, June 11, 2007, and June 18, 2007 in the Las Vegas Review-Journal/Sun, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court.

The United States served all known third parties petitioners by personal service or by regular mail and certified mail return receipt requested. In addition, the United States also served the following:

      a.     Walter (Wolf) Bachenor was served by certified mail on October 25, 2007 and regular mail; was served personally on December 10, 2007, through his

attorney Paul Wommer, who accepted service of process on behalf of Bachenor; and Paul Wommer was served as Bachenor's attorney on December 10, 2007. *See* Service of Process filed with the district court on November 29, 2007. Bachenor failed to file a petition in this case. *See* Docket Sheet.

b.  Lukasz Doupal served by certified mail on June 11, 2007 and regular mail. *See* Service of Process filed with the district court on July 27, 2007. Doupal failed to file a petition in this case. *See* Docket Sheet.

c.  Bryan Ray Harshman served by certified mail on June 22 and regular mail, 2007. *See* Service of Process filed with the district court on July 27, 2007. Harshman failed to file a petition in this case. *See* Docket Sheet.

d.  Mark Konarske served by certified mail on June 12, 2007 and regular mail. *See* Service of Process filed with the district court on July 27, 2007. Konarske failed to file a petition in this case. *See* Docket Sheet.

e.  Ruth Lawton served by certified mail on June 18, 2007 and regular mail. *See* Service of Process filed with the district court on July 27, 2007. Lawton failed to file a petition in this case. *See* Docket Sheet.

f.  Jeffrey Sasser served by certified mail on June 9, 2007 and regular mail. *See* Service of Process filed with the district court on July 27, 2007. Sasser failed to file a petition in this case. *See* Docket Sheet.

g.  Peter M. Semadeni served by certified mail on June 11, 2007 and regular mail. *See* Service of Process filed with the district court on July 27, 2007. Sasser failed to file a petition in this case. *See* Docket Sheet.

h.  Dean Wuestenberg served by certified mail on June 19, 2007 and regular mail. *See* Service of Process filed with the district court on July 27, 2007. Wuestenberg failed to file a petition in this case. *See* Docket Sheet.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 17, United States Code, Section 506(b); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. TTX MONITOR, MODEL TTX-1770, 1

2. NO NAME CPU, NO VISIBLE S/N, T

3. NO NAME CPU, OPEN CASE, INSIDE

4. ONE BOX CONTAINING NUMEROUS CDS

5. APC POWER MANAGER

6. CABLE BILLS

7. 1 "BLANK CD"

8. 2 HANGING FILE FOLDERS

9. 3 SPINDLES CONTAINING CDS

10. YAMAHA MULTROM EDIC SPEAKER SYSTEM

11. CANNON BJC610 PRINTER

12. CPU SLIDE PANELS (UNATTACHED)

13. HP SCANJET 5P S/N #MX76V11HX

14. AOS MONITOR, S/N D760TAC0SPN1

15. BOX CONTAINING DISC & OTHER COMPUTER RELATED ITEMS

16. RUBBER BANDED CD SPINDLE WITH NUMEROUS CDS

17. COVER FROM CD SPINDLE WITH NUMEROUS CDS

18. 3 COVERED COMPUTER SPINDLES CONTAINING NUMEROUS CDS

19. 1 "HI-TECH" CD SPINDLE 100 PACK-SEALED

20. ONE BOX CONTAINING NUMEROUS CDS

21. BOX LOCATED UNDER & NEAR COMPUTER DESK CONTAINING
    CDS, CASES AND OTHER COMPUTER RELATED ITEMS

22. MAXTOR HARD DRIVE, S/N E80318D

23. KEYBOARD PC CONCEPT MODEL SK-6

24. CANON BJC5000 PRINTER

25. 4 SPINDLES CONTAINING COMPUTER CDS

26. 6 SOFT SIDED CD "BOOKS" CONTAINING MISC CDS.

27. 2 "JEWEL" CASES CONTAINING MUSIC CDS DOWNLOADED OFF
    COMPUTER

28. VARIOUS COMPUTER CABLES & WIRES

29. 1 YAMAHA CD-REWRITABLE DRIVE

30. 1 WHITE BOX CONTAINING VARIOUS COMPUTER CDS & DISKETTES

31. 1 RED BOX CONTAINING VARIOUS COMPUTER CDS & DISKETTES

32. VARIOUS COMPUTER MANUALS

33. 1 BLACK "CASELOGIC" SOFTBINDER - LABELD "APPS-1" -
CONTAINING COMPUTER CDS

34. 1 BLACK "CASELOGIC" SOFTBINDER - LABELED 'GAME-2" -
   CONTAINING COMPUTER CDS

35. 1 BLACK "FELLOWES" SOFTBINDER - LABELED "GAMES-1" -
CONTAINING COMPUTER CDS

36. BOX LOCATED UNDER COMPUTER DESK/TOP CONTAINING
NUMEROUS CD' S, FLOPPY' S, CD CASES

37. 3 CDS IN PROTECTIVE CASES

38. 11 CDS

39. TOWER FOR NO NAME COMPUTER

40. MOUSE, SPEAKERS, VOICE BOX, CAMERA, KEYBOARD AND CABLES FOR NO NAME COMPUTER

41. MONITOR FOR NO NAME COMPUTER

42. TOWER FOR COMPUTER SYSTEM #3

43. CABLES FOR COMPUTER SYSTEM #3

44. CANON PRINTER (MULTIPASS C135)

45. ACCESSORIES FOR COMPUTER SYSTEM #4 (MOUSE, KEYBOARD, SPEAKERS, CABLES, POWER STRIP)

46. TOWER FOR COMPUTER SYSTEM #4

47. MONITOR FOR COMPUTER SYSTEM #4

48. TOWER FOR COMPUTER SYSTEM #5

49. ACCESSORIES FOR COMPUTER SYSTEM #5

50. MONITOR FOR COMPUTER SYSTEM #5

51. HUBS, SWITCHES, AND MISCELLANEOUS CABLES

52. MISCELLANEOUS COMPUTER DISCS AND CDS

53. THREE HARD DRIVES

54. LATTRON COMPUTER TOWER

55. SOFT SOLUTIONS COMPUTER TOWER

56. MISCELLANEOUS FLOPPY DISCS AND TWO PLASTIC CASES

57. BOX WITH VARIOUS CDS

58. TWO (2) SPEAKERS

59. ONE (1) KEYBOARD AND HP CD WRITER

60. ONE (1) BOX OF CDS

61. HP DESKJET 932C PRINTER, MYOAI1SOCC

62. ONE (1) BOX OF CDS (5 COLUMNS) MARKED 300, 350, 500, 550, 570

63. HP MONITOR AND CABLES, THLBT04

64. MUSTEK SCANNER, EA815B02972

65. ONE (1) BOX OF CDS (1 COLUMN)

66. COMPAQ CPU, 6714BKK2D104

67. HP CPU, US10855847

68. MAXTER HARD DRIVE, N80C24PC

69. MAXTER HARD DRIVE, N80J3ALC

70. IBM HARD DRIVE, S/N JFG37716

71. CPU, NSI FULL SIZE TOWER

72. WIRESPEED DSL MODEM

73. GEM MONITOR, S/N GFFAM84565582

74. HP OFFICE JET T45 PRINTER/FAX/

75. 2 KEYBOARDS

76. 536 CD-RS

77. CPU, E MACHINE MIDTOWER

78. KEYBOARD

79. RIC MONITOR, S/N A01990813573

80. 239 CD-RS

81. SCANMAKER V600, S/N S7B9125042

82. TEXAS INSTRUMENTS PS2460

83. HARD DRIVE, WESTERN DIGITAL

84. LINKSYS ROUTER, S/N C211702872

85. 3.5 INCH DISK

86. LIST ON NAPKIN

87. FIVE CD ROM DISKS

88. PLAYSTATION MEMORY CARD

89. 2 3 ½ INCH DISKETTES

90. ONE "EARTHLINK" 5.0 CD

91. SPIRAL NOTEBOOK

92. 5X8 NOTEPAD - ½ SHEET OF PAPER - WHITE

93. #15 MITSUBISHI MONITOR, SN U45

94. GENERIC BRAND CPU

95. GENERIC MINITOWER CPU

96. 2 3 ½ " DISKETTES

97. W CDS "GETRONICS"

98. 2 SHEETS 8 ½ X 11 WHITE PAPER W/ "MICROSOFT ETC"

99. RESUME OF ROSENQUIST

100. COPAM MONITOR

101. GENERIC CPU (NO HARD DRIVE)

102. TOSHIBA LAPTOP

103. COMPAQ PRESARIO

104. COMPAQ MONITOR

105. "MORPHINE GOOD" CD

106. CONTAINER E/6 MEMOREX CD-R COMPACT DISCS

107. 15 3 ½" DISKETTES IN WHITE BOX

108. 1 ½ SPINDLES CD/RS

109. GENERIC CPU

110. RELISYS MONITOR

111. SURFBOARD CABLE MODEM SER# 01SH3HSTTTV7

112. HP SCANJET SER# 3872H406

113. BELKIN KEYBOARD SER# 010417482

114. MASS CD WRITER SER# 115943

115. HP DESKJET PRINTER SER# CN9291K2KG

116. COMPUTER DISK TRAYS CONTAINING 231 DISKS

117. 190 MISCELLANEOUS CDS

118. 9 VCR TAPES, 4 DISKETTES, AND 115 MISC. CDS

119. 1 DIGITAL VIDEOCREATOR BOX AND 4 REFERENCE BOOKS

120. ONE (1) FLASH CARD READER

121. ONE (1) FOUR PORT HUB SER# US2217

122. LOGITECH MOUSE SER# LZB84651171

123. KINGSTON ETHER HUB SER# 96-07E-11062

124. TORISAN CD ROM DRIVE SER# 1C6A019063

125. TWO (2) DAT TAPES

126. MISCELLANEOUS COMPUTER PARTS

127. ELEVEN (11) DVD MOVIES IN CASES

128. THIRTEEN (13) MISCELLANEOUS TAPES

129. TWO (2) 4MM DATA TAPES

130. SAMSUNG HARD DRIVE

131. QUANTUM HARD DRIVE

132. SAMSUNG HARD DRIVE

133. MAXTOR HARD DRIVE

134. MAXTOR HARD DRIVE

135. CAVIAR HARD DRIVE

136. E TOWER 500IS COMPUTER TOWER

137. MAXTOR HARD DRIVE SERIAL #V803T4CA

138. MAXTOR HARD DRIVE SERIAL #V80626VC DVO8A

139. MAXTOR HARD DRIVE SERIAL #L422854C DL04A

140. WESTERN DIGITAL HARD DRIVE, SERIAL #WM6780456172

141. 1 3.5" FLOPPY DRIVE WITH "CLIENT" WRITTEN ON COVER

142. AT&T LAPTOP, MODEL GLOBALYST 130

143. POWER SUPPLY, #515-0004814

144. 10 DISKETTES, 63 COMPACT DISCS

145. 34 COMPACT DISKS, 12 DISKETTES, CD CASE WITH SLIP OF PAPER
NOTING "SER#112-11111111, CD KEY= 5X8NUG, AUTH= N/A"

146. RUBBERMAID DISKETTE HOLDER WITH 62 DISKETTES, 7
COMPACT DISKS

147. 11 DISKETTES

148. 3 DISKETTES

149. 2 DISKETTES

150. CPU

151. COMPUTER MONITOR (GATEWAY)

152. MISC. COMPUTER ACCESSORIES: KEYBOARD, MOUSE,
ELECTRICAL CORDS, CAMERA, ETC

153. 6 SOFTWARE COMPACT DISKS

154. ONE CPU PROTEVA (NO SER #)

155. ONE CPU TOWER (NO SER #)

156. ONE CPU TOWER (NO SER #)

157. ONE MONITOR, MODEL 6DM-20E

158. ONE CPU PACKARD BELL LEGEND SUPREME 1605

159. MISCELLANEOUS DOCUMENTS

160. 438 CDS/DVDS

161. 4 SPINDLES OF CDS/DVDS

162. 1 BOX OF 3 ½" FLOPPY DISKS

163. KEYBOARD (E06401COMB)

164. MOUSE

165. ONE BOX 3 ½" FLOPPY DISKS

166. ONE HARD DRIVE, S/N EA997090

167. ONE HARD DRIVE, S/N 99-004137-000

168. ONE HARD DRIVE, S/N FNDKVQ0;

169. ONE HARD DRIVE, S/N T6HOGFNC;

170. 920 COMPACT DISKS & DVDS

171. CPU

172. CTX COMPUTER MONITOR

173. CANON S-600 PRINTER

174. SCANNER S/N 9167324AV

175. INTEL KEYBOARD

176. BACK-UP POWER SUPPLY

177. ONE BOX CONTAINING CABLES, SPEAKERS (4 SMALL & LARGE),
FLAT SCREEN ADAPTOR

178. ONE BOX MISC COMPUTER PROGRAM BOXES, HARDWARE, MISC
CABLES, DISK DRIVES

179. PRINTER

180. ONE BOX CONTAINING 68 CD ROMS, MISC COMPUTER CARDS

181. ONE BOX CONTAINING MISC COMPUTER USER MANUALS

182. ONE BOX CONTAINING CDS

183. ONE BOX CONTAINING MISC CDS

184. ONE BOX CONTAINING MISC CABLES

185. 1 CD ROM DISK W.CASE

186. COMPUTER GAME MANUALS

187. CPU

188. DELL COMPUTER MONITOR

189. MISC COMPUTER HARDWARE PIECES

190. ONE BOX CONTAINING 89 MISC COMPUTER DISCS

191. MISC COMPUTER DISCS

192. SPEAKERS, CAMERA, MOUSE, HEADSET AND CABLES

193. CPU 1

194. MONITOR 1

195. KEYBOARD

196. LEXMARK PRINTER

197. CPU 2

198. MONITOR

199. KEYBOARD

200. HEADSET AND CABLES

201. MISC. POST-IT NOTES AND PAPER NOTES

202. GEORGE STRAIT MUSIC CD

203. REBA MUSIC CD

204. LARGE VOLUME OF MUSIC CDS WITH COVERS

205. TWO (2) BROWN NOTEBOOKS WITH FILM AND MUSIC CDS

206. ONE (1) BLUE NOTEBOOK WITH FILM AND MUSIC CDS

207. GEORGE STRAIT BOX OF MUSIC CDS AND 19 MOVIE VIDEOS

208. ONE (1) ZIPPERED CASE WITH CDS

209. TWENTY-TWO (22) CDS-GAMES

210. ONE (1) FLOPPY DISK

211. FIFTY-THREE (53) VHS TAPES-MOVIES

212. GENERIC CPU

213. MONITOR-DIGIVIEW MODEL #HR-40 SERIAL NUMBER
3LN68CG1301527

214. KEYBOARD (MITSUMI)

215. TRACKBALL PRO

216. JOYPAD

217. POWER CABLE

218. GENERIC COMPUTER TOWER

219. GATEWAY INC. LP MINI TOWER

220. GATEWAY EV 700 COMPUTER MONITOR

221. PRINCETON ULTRA 92 SCREEN MONITOR

222. THREE (3) FLOPPY DISK STORAGE CONTAINERS WITH UNKNOWN
AMOUNT OF FLOPPY DISKS

223. ONE (1) PLEXWRITER CD-RW WITH MANUALS

224. ONE (1) ULTRA PLEX CD

225. ONE (1) CIRCULAR STORAGE CONTAINER WITH CDS

226. ONE (1) BOX LABELED "WALLACE FILES" CONTAINING LARGE
QUANTITY OF CDS AND FLOPPY DISKS

227. COMPUTER KEYBOARD-MICROSOFT

228. LOGITECH MOUSE

229. CABLES, WIRES AND CONNECTIONS IN BROWN PAPER BAG

230. PALM PILOT CHARGER

231. CDS/CASES X 136

232. CDS/CASES LABELED "158-231"

233. CDS/CASES LABELED 122-157

234. ONE (1) BOX OF CDS/CASES LABEL

235. THIRTY-ONE (31) VHS VIDEO TAPES

236. CABLE, WIRES AND CONNECTORS

237. MICROSOFT KEYBOARD

238. PHOTO SMART P1000 MEMORY PRINTER

239. PATRICIA'S ROYAL DM70 EX ORGANIZER

240. ONE (1) BLACK BOX-STACKABLE MINIHUB, MODEL #LE2801A

241. ONE (1) BLUE FOLDER-FTP SERV U-FTP SERVER DAEMON

242. ONE (1) BLACK FOLDER-AMERICAN POWER CONVERSION (APU)

243. ONE (1) CD ROM-CUSTOM CAR DESIGNER

244. BINDERS CONTAINING CD-RS

245. VARIOUS CDS, FLOPPY DISKS, AND ZIP DISKS

246. ZIP DRIVE

247. BLACK ADDRESS BOOK

248. ZIP DRIVE

249. TWO HARD DRIVES

250. MOUSE

251. CDR-RW PINNACLE WITH CABLE

252. DELL KEYBOARD

253. YELLOW ENVELOPE WITH CALENDAR INSIDE

254. DOCUMENTS, PHONE BILLS, IRS NOTICE, REBATE STUB, ETC.

255. SCANNER WITH POWER CORD

256. CD HOLDER WITH 5 CDS

257. HEWLETT PACKARD PRINTER

258. DELL CPU POWER CORD

259. LAW ENFORCEMENT PUBLIC SAFETY COMPUTER

260. LOOSE NOTEPAD WITH WRITING

261. ADDRESS BOOK

262. QUANTUM HARD DRIVE

263. CERTIFICATION KIT DOS + WINDOWS

264. COMPUTER MANUALS

265. CPU MARKED "WWW.LITEONIT.COM"

266. CRT, DELL

267. DELL CPU

268. GENERIC CPU

269. NNMB KEYBOARD

270. FUTURA COMPUTER MONITOR

271. JVC VCR

272. BLUE COMPUTER TOWER

273. VARIOUS CD, CD-R AND CD-RW DISCS

274. VHS TAPES

275. VARIOUS 3.5 INCH DISKETTES

276. BOX WITH ASSORTED COMPUTER PARTS

277. VARIOUS CD, CD-R AND CD-RW DISCS

278. VARIOUS FLOPPY DISKETTES

279. RAM STICKS AND CD LABELS

280. VIDEO TAPES AND DVD DISCS

281. COMPUTER BOOKS

282. POWER CORDS, CABLES AND 33.6 FAX/MODEM

283. MISCELLANEOUS DOCUMENTS AND PAPER

284. COMPAQ DESKPRO CPU

285. GENERIC CPU

286. TECHNIQUE CPU

287. MOTOROLA CABLE MODEM

288. SYSTEMMAX CPU

289. FUTURA MONITOR

290. KEYBOARD AND MOUSE

291. TWO GENERIC CPUS

292. MISCELLANEOUS DOCUMENTS

293. VARIOUS CD, CD-R AND CD-RW DISCS

294. VARIOUS 3.5 INCH FLOPPY DISKETTES

295. SPIRAL NOTEBOOK AND PADS OF PAPER

296. USPS PRIORITY MAIL ENVELOPE AND LABELS

297. GENERIC CPU

298. TWO DRAWER CD CABINET CONTAINING CDS AND CASES

299. WESTERN DIGITAL CAVIAR 21200 HARD DRIVE

300. SONY HMD-A400 MONITOR

301. TOWER CPU

302. CABLES, MOUSE, KEYBOARD

303. GENERIC CPU

304. CABLES AND ACCESS CARD

305. KD TECHNOLOGIES CPU

306. GAME-GUN CONTROL

307. VARIOUS CD, CD-R AND CD-RW DISCS

308. VARIOUS 3.5 INCH FLOPPY DISKETTES

309. NEC MONITOR

310. VARIOUS ZIP DISKS

311. VHS VIDEO AND NOTE PAD

312. ACCESS POINT CONFIGURATION GUIDE AND INSTALL GUIDE

313. VIDEO CIPHER II PLUS GEN INSTRUMENT

314. BUSINESS CARD

315. GENERAL INSTRUMENT 2000 PS ANTENNA POSITION

316. COMPUTER SOFTWARE AND MANUALS

317. RCA DSS

318. MISC. DVDS

319. HUGHES DIRECT TV

320. DIRECT TV ACCESS CARD

321. VARIOUS ROLLS OF FILM

322. THREE GENERIC CPUS

323. HP JORNADA POCKET PC

324. NOKIA MODEL 445XI PLUS

325. WESTERN DIGITAL CAVDAR HARD DRIVE

326. CONNER HARD DRIVE

327. IOMEGA ZIP 100 PLUS

328. VARIOUS CD, CD-R AND CD-RW DISCS

329. VARIOUS 3.5 AND 5.25 INCH FLOPPY DISKETTES

330. VARIOUS ZIP DISCS

331. KEYBOARD

332. INFO SPEED DSL MODEM

333. POWER CENTER POWER STRIP

334. OKIJET 2500 PRINTER

335. LINKSYS HUB

336. DATA TRANSFER SWITCH

337. TRIBBS BULLETIN BOARD SYSTEM

338. NOTES, MANUALS AND USER GUIDES

339. BUSINESS CARDS

340. 16 HARD DRIVES

341. GENERIC CPU

342. VARIOUS BILLS

343. VARIOUS CD, CD-R AND CD-RW DISCS

344. DVD DISCS

345. HEWLETT PACKARD CPU

346. KEYBOARDS

347. MONITOR #3769KEC0EPA

348. MOUSE AND CABLES

349. VARIOUS 3.5 INCH DISKETTES

350. VARIOUS VIDEO TAPES

351. GENERIC CPU

352. TOSHIBA LAPTOP WITH CASE

353. GENERIC TOWER CPU

354. DELL DIMENSION CPU

355. TSI CPU

356. LOGITECH MOUSE

357. PHILLIPS MONITOR

358. GENERIC MONITOR

359. COMPUTER MICE

360. JAZ DISCS AND DATA CARTRIDGES

361. ZIP DRIVE

362. 2 HARD DRIVES

363. MISC. NOTES AND PAPERS

364. 2GB IOMEGA ZIP DRIVE

365. COMPAQ LAPTOP AND POWER CORD

366. TOSHIBA FLOPPY DRIVE

367. TEAC EXTERNAL CD DRIVE

368. TOSHIBA PORT REPLICATOR

369. SEAGATE HARD DRIVE

370. TOSHIBA TERRA LAPTOP

371. TWO MASTOR IDE HARD DRIVES

372. VARIOUS CD, CD-R AND CD-RW DISCS

373. GENERIC CPU

374. MONITOR S/N B4GG18C001944

375. VARIOUS COMPUTER PERIPHERALS (MICE, HUB, SPEAKERS, ETC.)

376. TWO PRINTERS

377. KEYBOARD

378. FEDERAL EXPRESS SHIPPING CONTAINER

379. COMPUTER HARDWARE

380. MOTOROLA SYSTEM SABRE SECURITY RADIO

381. VARIOUS 3.5 INCH FLOPPY DISKETTES

382. MEMOREX HARD DRIVE

383. TWO CITGO CPUS

384. DIGITAL VENTURES CPU

385. FIVE GENERIC CPUS

386. TWO GENERIC CPUS

387. MONITOR

388. TWO HARD DRIVES

389. THREE MOTHERBOARDS

390. THREE GENERIC CPUS

391. ETHERNET HUB

392. CD CHARGER

393. KEYBOARD

394. 141.217.1.8 PROPRIETARY AND CONFIDENTIAL AMERITCK

REGISTRATION SYSTEM SPECIFICATIONS

395. HARD DRIVES AND COMPUTER CARDS

396. 8 PORT ETHERNET HUB

397. CABLE MODEM

398. LAPTOP COMPUTER AND CABLE

399. GENERIC COMPUTER

400. MONITOR

401. COMPUTER PERIPHERALS

402. ZIP DRIVE

403. TWO GENERIC COMPUTERS

404. TWO GENERIC MONITORS

405. HAND RADIO FEED COMPUTER

406. MONITOR

407. MOTOROLA RADIO AND COMPUTER PERIPHERALS

408. ELECTRONIC COMPONENTS

409. MISC. HARDWARE, NIC CARDS, ETC

410. RVM SWITCH AND CD-ROM DRIVE

411. BANK OF AMERICA CHECK

412. DELL LAPTOP

413. VARIOUS 3.5 INCH FLOPPY DISKETTES

414. PHONE BILL

415. SEVEN HARD DRIVES

416. SIX GENERIC CPUS

417. IBM CLONE CPU

418. NEC MONITOR

419. OPTIQUEST MONITOR

420. NET MONITOR

421. COMPUTER PERIPHERALS (MICE, KEYBOARDS, CABLES, ETC.)

422. TWO ETHERNET HUBS

423. ZIP DISKS

424. VARIOUS CD, CD-R AND CD-RW DISCS

425. AVER MEDIA USB

426. ZIP DRIVE

427. IBM THINKPAD LAPTOP

428. COMPAQ ARMADA LAPTOP

429. DELL DIMENSION 4100 SYSTEM

430. INSTRUCTIONS AND MANUALS

431. VARIOUS CD, CD-R AND CD-RW DISCS

432. DVDS

433. VARIOUS 3.5 INCH FLOPPY DISKETTES

434. COMPAQ LCD MONITOR

435. COMPAQ TFT500

436. Q-LITY COMPUTER INC.

437. COMPAQ ARMADA

438. CANON INNOVA BOOK LAPTOP

439. TEXAS INSTRUMENTS PDA

440. 1GB JAZ DRIVE

441. MAXTOR HARD DRIVE

442. LEXMARK PRINTER WITH POWER CORD

443. UMAX ASTRA 3400

444. PUI PUICORP.COM

445. PC CLONE TOWER

446. DELL DIMENSION 4100

447. COMPAQ TFT 5000

448. COMPAQ DESK PRO

449. HITACHI 811 MONITOR

450. ATX MULTIMEDIA SYSTEM

451. COMPAQ PROLIANT 1850R

452. VARIOUS ITEMS IN BOXES

453. COMPAQ PROLIAN 5500

454. FUJITSU ULTRA 2 SCSI

455. 3 COM DUEL SPEED SWITCH

456. CATALYST 2820 SERIES

457. COMPUTER CABINET

458. CABLE MODEM

459. VARIOUS PERIPHERALS (SPEAKERS, SURGE PROTECTOR, CABLES, ETC.)

460. LINXSYS CABLE/DSL ROUTER

461. VARIOUS CD, CD-R AND CD-RW DISCS

462. VARIOUS 3.5 INCH FLOPPY DISKETTES

463. ZIP DISKS

464. RECEIPTS

465. CD/DVD CASES

466. DVDS

467. GENERIC CPU

468. TWO EPSON STYLUS COLOR PRINTERS

469. CORNERSTONE MONITOR

470. POWER SPEC CPU

471. POWER MACINTOSH CPU

472. GATEWAY CPU

473. VARIOUS PAPERS

474. MACINTOSH CPU

475. VARIOUS KEYBOARDS AND MICE

476. US ROBOTICS MODEM

477. MACINTOSH MONITOR

478. HACKERS DICTIONARY

479. VARIOUS DOCUMENTS AND RECEIPTS

480. COMMODORE COMPUTER

481. VARIOUS 3.5 INCH FLOPPY DISKETTES

482. VARIOUS CD, CD-R AND CD-RW DISCS

483. VARIOUS ZIP DISCS

484. POWER COMM 3000 CONTROLLER

485. COMPUTER KEYBOARDS AND MICE

486. COMPUTER PERIPHERALS (SPEAKERS, CABLES, CORDS, ETC.)

487. POLAROID DIGITAL CAMERA

488. POWER CONTROLLER

489. CLUB-AMERICAN TECHNOLOGIES CPU

490. THREE WESTERN DIGITAL HARD DRIVES

491. QUANTUM HARD DRIVE

492. GENERIC COMPUTER

493. CTX CPU

494. CTX MONITOR

495. INFINITY CPU

496. KDS MONITOR

497. VARIOUS CD, CD-R AND CD-RW DISCS

498. INTEL WIRELESS BASE STATION

499. INTEL WIRELESS SERIES GAME S PAD ACCESSORY

500. INTEL WIRELESS SERIES MOUSE ACCESSORY

501. VARIOUS 3.5 INCH FLOPPY DISKETTES

502. VARIOUS ZIP DISCS

503. IBM HARD DRIVE

504. FI CPU TOWER

505. COMPUSTAR CPU

506. KDS MONITOR

507. SONY MONITOR

508. IOMEGA ZIP DRIVE

509. VARIOUS PERIPHERALS (MICE, KEYBOARDS, ROUTER, HUB,

     CORDS, ETC.)

510. HEWLETT PACKARD PRINTER

511. EPSON PRINTER

512. VARIOUS PAPERS, NOTES AND RECEIPTS

513. COMPAQ LAPTOP WITH ADAPTER AND CASE

514. GENERIC CPU

515. GENERIC MONITOR

516. VARIOUS CD, CD-R AND CD-RW DISCS

517. VARIOUS GUIDES, MANUALS AND INSTRUCTIONS

518. PERIPHERALS (KEYBOARDS, MICE, CABLES, CORDS, ETC.)

1    519. MICROSOFT JOY STICK

2    520. MISC. COMPUTER PARTS IN BOX

3    521. VARIOUS 3.5 INCH FLOPPY DISKETTES

4    522. ENVELOPE CONTAINING KEY CODE

5    523. PHILIPS TV PROGRAM SCANNER

6    524. ICE VIEW USB HUB

7    525. VARIOUS NOTES, PAPERS, AND RECEIPTS

8    526. SPEAKERS

9    527. BLACK TEL CORD

10    528. CABLE BOX BLACK

11    529. HARD DRIVE

12    530. CD DRIVE

13    531. DIGITAL APPARATUS

14    532. DIGITAL MEASURING INSTRUMENT

15    533. APPROX. 1" TAPE CASSETTE

16    534. HARD DRIVE COOLING KIT

17    535. FAN FOR POWER SUPPLY

18    536. HEAD DEMAGNETIZER

19    537. D-LINK HUB

20    538. INTEREX USB HUB

21    539. WESTELL MODEM

22    540. GENERIC CPU

23    541. APC BACK-UPS

24    542. KEYSPAN IR REMOTE CONTROL HOOKUP

25    543. TRIDENT VIDEO CARD

26    544. 2/C VIDEO CARD

545. TWO (2) SPEAKERS AND ONE (1) SUBWOOFER

546. NUMEROUS CABLES AND CONNECTORS

547. TWO AMTRAN MONITORS

548. GENERIC CPU

549. COMPUTER PERIPHERALS (MICE, KEYBOARDS, CABLES, ETC.)

550. PDA DOCKING STATION

551. LEXMARK PRINTER

552. VISIONEER SCANNER

553. LINKSYS ROUTER

554. 3COM CABLE MODEM

555. VARIOUS CD, CD-R AND CD-RW DISCS

556. VARIOUS 3.5 INCH FLOPPY DISKETTES

557. VARIOUS PAPERS, DOCUMENTS AND RECEIPTS

558. GENERIC CPU

559. PERIPHERALS (KEYBOARDS, MICE, CABLES, ETC.)

560. BUSONIC MONITOR

561. GENERIC CPU

562. VARIOUS CD, CD-R AND CD-RW DISCS

563. VARIOUS 3.5 INCH FLOPPY DISKETTES

564. COMPAQ MONITOR

565. VARIOUS MANUALS, INSTRUCTIONS AND PAPERS

566. VARIOUS ZIP DISCS

567. QUANTUM HARD DRIVE

568. SEAGATE HARD DRIVE

569. LINKSYS ROUTER

570. NETGEAR ETHERNET HUB

571. PACKARD BELL MULTIMEDIA C11

572. PACKARD BELL MONITOR

573. IOMEGA ZIP DRIVE

574. RICOH CD ROM DRIVE

575. HP PAVILION CPU

576. HP PAVILION MONITOR

577. VARIOUS BOOKS

578. SCRIPTING MATERIAL

579. VARIOUS CD, CD-R AND CD-RW DISCS

580. VARIOUS 3.5 INCH FLOPPY DISKETTES

581. EXTERNAL DISK DRIVE

582. PERL WORKBOOK AND DOCUMENTS

583. SAN JOSE STATE UNIVERSITY PASSWORD INFORMATION

584. LAPTOP COMPUTER WITH CASE

585. SONY DIGITAL CAMERA WITH CASE

586. MP3 PLAYER

587. MISCELLANEOUS DOCUMENTS, NOTES, MANUALS, ETC.

588. HP DESKJET PRINTER

589. ASUS 50X SERVER

590. SAMSUNG MONITOR

591. VARIOUS PERIPHERALS (KEYBOARDS, MICE, CABLES, CORDS, ETC.)

592. ASUS CPU

593. WIRELESS PERIPHERALS AND RECEPTOR DEVICES

594. NOKIA CELLULAR TELEPHONE WITH CORD

595. SEAGATE HARD DRIVE

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 29th day of July, 2010.

UNITED STATES DISTRICT JUDGE

1

**PROOF OF SERVICE**

2    I, Heidi L. Skillin, certify that the following individuals were served with copies of the

3    Final Order of Forfeiture on July 27, 2010 by the below identified method of service:

4    E-mail/ECF

5    David Z. Chesnoff
     Chesnoff & Schonfeld
6    520 S. Fourth St.
     Las Vegas, NV 89101
7    Email: dzchesnoff@cslawoffice.net
     *Counsel for John J. Amorosi*
8
     Paul E. Wommer
9    Paul E. Wommer, Esq.
     625 S. Sixth Street
10   Las Vegas, NV 89101
     Email: pwommer@aol.com
11   *Counsel for Wolf Bachenor*

12   Robert G. Lucherini
     Robert Lucherini Chtd.
13   518 South Ninth St.
     Las Vegas, NV 89101
14   Email: ainnocent1@aol.com
     *Counsel for David Brandt*
15
     Douglass A. Mitchell
16   Boies Schiller & Flexner, LLP
     300 South Fourth Street, Suite 800
17   Las Vegas, NV 89101
     Email: dmitchell@bsfllp.com
18   *Counsel for Alexander Castaneda*

19   Patricia M. Erickson
     Law Office of Patricia M. Erickson
20   601 S. Tenth St., Suite 206
     Las Vegas, NV 89101
21   Email: pmerickson@earthlink.net
     *Counsel for Jacob Paul Clappton*
22
     Jess R. Marchese
23   Law Office of Jess R. Marchese
     815 South Casino Center Boulevard
24   Las Vegas, NV 89101
     Email: marcheselaw@msn.com
25   *Counsel for Jonathan Dow*

26   . . .

1        Osvaldo E. Fumo
           Osvaldo E. Fumo, Chtd
2        1212 Casino Center Boulevard
           Las Vegas, NV 89104
3        Email: ozzie@fumolaw.com
           *Counsel for Jorge Garcia Jr.*
4

5        Charles E. Kelly
           Charles E. Kelly, P.C.
           706 S. Eighth Street
6        Las Vegas, NV 89101
           Email: ceklv@aol.com
7        *Counsel For Bryan Ray Hershman*

8        Brian M. Fisher
           Law Office of Brian M. Fisher
9        228 South Fourth Street
           Las Vegas, NV 89101
10       Email: lvcriminaldefense@yahoo.com
           *Mark Konarske*
11

12       Chad A. Bowers
           The Law Office of Chad A. Bowers, Ltd.
           3202 W. Charleston Boulevard
13       Las Vegas, NV 89102
           Email: chadbowers@lawyer.com
14       *Counsel for Timothy J. Listoria*

15       Robert M. Draskovich, Jr.
           Robert M. Draskovich, Chtd
16       815 S. Casino Center
           Las Vegas, NV 89101
17       Email: emagana@draskovich.com
           *Counsel for David Lowe*
18

19       Kevin R. Stolworthy
           Jones Vargas
20       3733 Howard Hughes Pkwy. 3rd Floor So.
           Las Vegas, NV 89169
21       Email: krs@jonesvargas.com
           *Counsel for Christopher Mastrangelo*

22       Michael V. Cristalli
           Cristalli & Saggese, Ltd.
23       732 South Sixth Street, Suite 100
           Las Vegas, NV 89101
24       Email: mcristalli@cristalli-saggese.com
           *Counsel for Michael Meacham*
25

26    . . .

Richard A. Wright
Wright Stanish & Winckler
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Email: Rick@wswlawlv.com
*Counsel for Suzanne Peace*

Douglas C. McNabb
McNabb Associates, PC
1200 Smith Street, Suite 1600
Houston, TX 77002
Email: mcnabb@mcnabbassociates.com
*Counsel for Lindle Romero*

Steven Stein
Stein & Rojas
520 S. Fourth Street
Las Vegas, NV 89101
Email: stevensteinesq@yahoo.com
*Counsel for Lindle Romero*

Leo P. Flangas
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Elisa Sarino*

Todd M. Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Elisa Sarino*

Thomas C. Naylor
701 N. Green Valley Pkwy., Suite 200
Henderson, NV 89014
Email: TNaylorLaw@msn.com
*Counsel for Jeffrey Sasser*

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd, Suite C
Las Vegas, NV 89102
Email: rjoske@yahoo.com
*Counsel for Peter M. Semadeni*

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Email: Terry.Jackson.Esq@gmail.com
*Counsel for Dean Wuestenberg*

US Mail:

Michael Pancer
Pancer Law Office
105 West F. Street, 4th Floor
San Diego, CA 92101
Email: mpancer@hotmail.com
*Counsel for Lukasz Doupal*

_/s/HeidiLSkillin_
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk